IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD TAYLOR,

    Petitioner,                  No. CIV S-07-2253 WBS EFB P

    vs.

K. DICKINSON,

    Respondent.           ORDER

_____/

    Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

    A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner has filed an *in forma pauperis* application that is incomplete in that the certificate portion has not been filled out and certified by a prison official and it is missing a certified copy of his trust account statement for the six-month period immediately preceding the filing of this action.

    Within 30 days from the day this order is served, petitioner may submit either the filing fee or the application required by section 1915(a). Petitioner's failure to comply with this order

/////

1

1  will result in a recommendation that this action be dismissed.  The Clerk of the Court is directed
2  to mail to  petitioner a form application for leave to proceed *in forma pauperis*.
3       So ordered.
4  Dated:  November 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2