IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD TAYLOR,

    Petitioner,                     No. CIV S-07-2253 WBS EFB P

    vs.

K. DICKINSON,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 27, 2007, petitioner requested an extension of time to submit an application to proceed *in forma pauperis*. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's November 27, 2007, request is granted and petitioner has 30 days from the date this order is served to submit a completed *in forma pauperis* application.

Dated: November 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE