IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD TAYLOR,

    Petitioner,                       No. CIV S-07-2253 WBS EFB P

    vs.

K. DICKINSON,

    Respondent.                   <u>ORDER</u>

                              /

    On May 1, 2008, petitioner filed a first set of interrogatories. As respondent correctly points out in the May 14, 2008, opposition, a habeas petitioner is not entitled to discovery as of right. Petitioner has not filed a motion for leave to conduct discovery, nor could this document be construed as such a motion.

    Furthermore, interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

////

////

1

1  Accordingly, petitioner's May 1, 2008, first set of interrogatories is stricken and the
2  Clerk of the Court shall make a notation on the docket to that effect.
3  So ordered.
4  DATED: June 11, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE