IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERNARD TAYLOR,** | CIV S-07-2253 WBS EFB P |
| Petitioner, | **ORDER** |
| v. | |
| **K. DICKINSON,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file respondent's reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, respondent is granted an extension of time to and including August 6, 2008, in which to file a response to Petitioner's opposition to motion to dismiss.

Dated: July 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE