IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD TAYLOR,

      Petitioner,               No. CIV S-07-2253 WBS EFB P

      vs.

K. DICKENSON,

      Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, timely has filed a notice of appeal of this court's April 2, 2009, dismissal of his application for a writ of habeas corpus on the ground that he filed beyond the one-year limitations period. Petitioner also seeks leave to proceed in forma pauperis on appeal.[1] Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.

---

[1] On November 30, 2007, petitioner paid the $5.00 filing fee to proceed in this court.

Fed. R. App. P. 22(b).

The court finds that petitioner has made a substantial showing on the issue of whether he is entitled to statutory or equitable tolling. Accordingly, a certificate of appealability will issue. Petitioner's application for leave to proceed in forma pauperis on appeal makes the showing required under 28 U.S.C. § 1915(a).

IT IS THEREFORE ORDERED that:

1. Petitioner's April 20, 2009, request for a certificate of appealability is GRANTED; and,

2. Petitioner's April 20, 2009, application for leave to proceed in forma pauperis on appeal is GRANTED.

DATED:   June 3, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE